HUNTER PYLE, SBN 191125
TANYA TAMBLING, SBN 262979
SUNDEEN SALINAS & PYLE
428 13th Street, 8th Floor
Oakland, California 94612
Telephone:   510.663.9240
Telefax:   510.663.9241

Email: hpyle@ssrplaw.com, ttambling@ssrplaw.com

Attorneys for Plaintiff
RITA CAREY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RITA CAREY,<br><br>              Plaintiff,<br><br>       vs.<br><br>CARGILL, INC. ; CARGILL, INC. dba CARGILL SALT, and DOES 1-50 inclusive,<br><br>              Defendants. | Case No. 3:15-cv-00922-WHO<br><br>**PLAINTIFF'S REQUEST FOR DISMISSAL WITH PREJUDICE AND RELATED STIPULATION PER FRCP 41(a)(1)(A)(ii)** |

## STIPULATION

TO THE COURT AND ALL PARTIES OF RECORD:

Plaintiff RITA CAREY, by and through her attorneys of record, hereby requests this Court to dismiss this action with prejudice. Pursuant to FRCP 41(a)(1)(A)(ii), Defendants CARGILL, INC. and CARGILL, INC. dba CARGILL SALT ("Defendants") by and through their attorneys of record, represent Defendants' non-objection to Plaintiff's request to dismiss her case with prejudice, and thus Defendants hereby stipulate to the same. The parties have entered into a settlement agreement that

already addresses each party's obligations regarding the payment of fees and costs.

DATED: 12/1/15

SUNDEEN SALINAS & PYLE

By: _____
HUNTER PYLE
TANYA TAMBLING
Attorneys for Plaintiff RITA CAREY

DATED: 12/1/2015

FISHER & PHILLIPS

By: _____
JASON GELLER
JUAN ARANEDA
Attorneys for Defendant CARGILL, INC.

## ORDER

The Court having read and considered the foregoing request and stipulation, and with good cause appearing, this action is dismissed with prejudice. The Court acknowledges that the parties have entered into a settlement agreement that addresses the payment of their respective fees and costs.

IT IS SO ORDERED

Date: December 4, 2015

_____
DISTRICT COURT JUDGE